# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA SMITH and CINDY WHEELER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS 'R' US-DELAWARE, INC.; and DOES 1 through 100, inclusive, <br><br> Defendants. | 1:13-cv-00254-AWI-JLT <br><br> ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION <br><br> (Doc. 14) |

Defendant Toys 'R' Us-Delaware, Inc., has filed a motion (doc. 14) to dismiss, transfer or stay the proceedings in the alternative, set for hearing on June 10, 2013. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Eastern District Local Rule 230(g). Accordingly, the previously scheduled hearing date of June 10, 2013 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 4, 2013

SENIOR DISTRICT JUDGE