Mia Farber (SBN 131467)
FarberM@jacksonsonlewis.com
Adam Siegel (SBN 38568)
SiegelA@jacksonlewis.com
Nancy Villarreal (SBN 273604)
Nancy.Villarreal@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
TOYS 'R' US- DELAWARE, INC.

MICHAEL MALK, ESQ., APC
Michael Malk, Esq. (SBN 222366)
mm@malklawfirm.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Esq. (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiffs
NAKIA SMITH and CINDA WHEELER

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA SMITH and CINDA WHEELER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOY 'R' US-DELAWARE, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: 13-CV-00254-AWI JLT**<br><br>**JOINT STIPULATION AND ORDER TO TEMPORARILY STAY THE ACTION PENDING COMPLETION OF MEDIATION**<br><br>(Doc. 22) |

**TO THE HONORABLE COURT:**

PLEASE BE ADVISED that Plaintiffs NAKIA SMITH and CINDA WHEELER ("Plaintiffs") on behalf of themselves and the putative class they seek to represent, and Defendant TOYS 'R' US—DELAWARE, INC. ("Defendant") (collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby respectfully submit this Stipulation and [Proposed] Order in support of their joint request to temporarily stay the instant action (the "Smith Action") pending the completion of mediation. The Parties stipulate as follows:

1. The Parties have agreed to participate in a private mediation session with mediator David Rotman, Esq. The mediation date is scheduled for November 7, 2013 in San Francisco, California. This is the first date the mediator and the Parties are available to participate in mediation.

2. The Parties are committed to participating in mediation in good faith. The Parties have agreed to stay the action pending the completion of mediation in an effort to resolve this matter and to allow the Parties to focus on preparing for the mediation before additional substantial litigation costs, fees and time are incurred by the Parties and judicial resources expended by the Court.

3. The stay will be lifted the day after the Mediation is completed or the day after the last day for the Parties to agree or reject a Mediator's Proposal if such a proposal is made.

4. The Parties agree that during the stay, they will not engage in the meet and confer process relating to any discovery issues, serve any written discovery or deposition notices, or engage in any law and motion practice until this stay is lifted.

5. Following the mediation, the Parties will jointly notify the Court regarding whether the Parties were able to resolve the case at mediation.

6. Based on the foregoing, the Parties respectfully request the Court stay the instant action pending the completion of mediation.

**IT IS SO STIPULATED.**

Dated: October 15, 2013                         JACKSON LEWIS LLP


By:__/s/ Mia Farber_____
    Mia Farber
    Adam Siegel
    Nancy Villarreal

Attorneys for Defendant

TOYS 'R' U—DELAWARE, INC.


Dated: October 15, 2013                         MICHAEL MALK, ESQ., APC


By:__/s/ Michael Malk_____
(as authorized on October 15, 2013)

    Michael Malk


Attorneys for Plaintiffs

NAKIA SMITH and CINDA WHEELER

# ORDER

Upon review of the Joint Stipulation entered into by and between the Parties in the above-referenced action, and good cause appearing therefore,

IT IS HEREBY ORDERED that the foregoing Joint Stipulation and [Proposed] Order to Temporarily Stay the Action Pending Completion of Mediation is hereby **GRANTED** and the Parties are required to act in compliance therewith.

IT IS SO ORDERED.

Dated:   **October 17, 2013**               /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE