Mia Farber (SBN 131467)
FarberM@jacksonsonlewis.com
Adam Siegel (SBN 38568)
SiegelA@jacksonlewis.com
Nancy Villarreal (SBN 273604)
Nancy.Villarreal@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
TOYS 'R' US- DELAWARE, INC.

MICHAEL MALK, ESQ., APC
Michael Malk, Esq. (SBN 222366)
mm@malklawfirm.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann, Esq. (SBN 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiffs
NAKIA SMITH and CINDA WHEELER

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA SMITH and CINDA WHEELER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOY 'R' US-DELAWARE, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | CASE NO.: 13-cv-00254 AWI JLT[1]<br><br>**ORDER GRANTING THE STIPULATION TO LIFT THE STAY**<br><br>**(Doc. 25)** |

---

[1] In apparently relying upon the practice of the Central District of California, counsel add an "x" after the second set of initials in the case number. That practice is not used in this District.

CASE NO.: 13-cv-00254-AWI JLT   1   JOINT STIPULATION AND ORDER TO LIFT THE STAY DUE TO MEDIATION IN THIS ACTION

1  Defendants.          )
2
3
4
5
6  _____
7  **TO THE HONORABLE COURT:**
8  PLEASE BE ADVISED that Plaintiffs NAKIA SMITH and CINDA WHEELER ("Plaintiffs") on behalf of themselves and the putative class they seek to represent, and Defendant TOYS 'R' US—DELAWARE, INC. ("Defendant") (collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby respectfully submit this Stipulation and [Proposed] Order in support of their joint request to lift the stay in the instant action (the "Smith Action"), which was ordered by this Court on October 17, 2013 pending the completion of mediation. See ECF No. 24. The Parties stipulate as follows:

1.   On November 7, 2013, the Parties participated in a private mediation session with mediator David Rotman, Esq. in San Francisco, California.

2.   Despite the Parties' good faith effort to resolve the matter at mediation, the Parties were unable to reach a settlement. However, the Parties continue to work together towards a settlement.

3.   Given the temporary stay of this action was conditioned on the completion of mediation, the Parties respectfully request the Court lift the temporary stay of the instant action.

**IT IS SO STIPULATED.**

Dated: December 9, 2013                    JACKSON LEWIS P.C.

```
                                By:/s/ Mia Farber_____
                                    Mia Farber
                                    Adam Siegel
                                    Nancy Villarreal

                                Attorneys for Defendant

                                TOYS 'R' U—DELAWARE, INC.


Dated:  December ___, 2013      MICHAEL MALK, ESQ., APC



                                By:_____

                                    Michael Malk


                                Attorneys for Plaintiffs

                                NAKIA SMITH and CINDA WHEELER
```

# **ORDER**

Based upon the information provided in the stipulation to lift the stay, the Court **ORDERS**:

1. The stipulation (Doc. 25) is **GRANTED** and the stay of the matter is **LIFTED**;

2. The matter is set for a mandatory scheduling conference on **January 28, 2014** at 9:00 a.m. Counsel are referred to the Court's order (Doc. 4) dated February 4, 2013, which describes their obligations related to the scheduling conference.

IT IS SO ORDERED.

Dated:   **December 9, 2013**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE