MICHAEL MALK, ESQ., APC
Michael Malk, Esq. (SBN 222366)
mm@malklawfirm.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile: (310) 499-5210

Attorneys for Plaintiffs NAKIA SMITH and CINDA WHEELER

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA SMITH and CINDA WHEELER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>    vs.<br><br>TOYS 'R' US-DELAWARE, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | **CASE NO.: 13-CV-00254-AWI (JLTx)**<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION AND REQUEST FOR DISMISSAL** |

1

**<u>ORDER</u>**

2

Pursuant to the Parties' Joint Stipulation and Request for Dismissal,

3

IT IS HEREBY ORDERED THAT:

4

All individual claims and claims for relief of Nakia Smith and Cinda Wheeler (collectively

5

"Plaintiffs") in this action are dismissed with prejudice as to the individual claims of Plaintiffs, and

6

without prejudice as to the putative class members. The parties shall each bear their own respective costs

7

and attorney fees.

8

9

IT IS SO ORDERED.

10

Dated:   July 24, 2014   _____

11

SENIOR  DISTRICT  JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting the Parties' Joint Stipulation and Request for Dismissal